RUTH DORSETT *v.* GENERAL DYNAMICS CORPORATION
(9182)

SPALLONE, DALY and HEIMAN, Js.

Argued December 13—decision released December 19, 1990

*John W. Greiner,* for the appellant (defendant).

*Robert M. Fitzgerald,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.